Adam RICHARDS; Second Amendment Foundation; Calguns Foundation, Inc.; Brett Stewart, Plaintiffs–Appellants,

v.

Ed PRIETO; County of Yolo, Defendants–Appellees.

No. 11–16255.

United States Court of Appeals, Ninth Circuit.

March 26, 2015.

Alan Gura, Gura & Possessky, PLLC, Alexandria, VA, Donald Kilmer, Jr., The Law Offices of Donald Kilmer, San Jose, CA, for Plaintiffs–Appellants.

Bruce A. Kilday, Serena M. Warner, Esquire, John A. Whitesides, Esquire, Angelo, Kilday & Kilduff, Sacramento, CA, for Defendants–Appellees.

## ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel disposition shall not be cited as precedent by or to any court of the Ninth Circuit.